# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| JOHN YORK, D.O., | * |
| Plaintiff, | * |
| v. | * Civil Action No. 5:10-cv-94-RLV-DSC |
| HEALTH MANAGEMENT ASSOCIATES, INC., | * |
| and | * |
| STATESVILLE HMA PHYSICIAN MANAGEMENT, LLC, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Daniel A. Carrell]" (document #30) filed May 11, 2012. For the reasons set forth therein, the Motion is  granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.                    Signed: May 11, 2012

_____
David S. Cayer
United States Magistrate Judge